IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br><br>**APPLICATION FOR SEARCH WARRANT** | Mag. J. No.<br><br>**FILED UNDER SEAL** |

## MOTION TO SUBSTITUTE REDACTED COPIES OF SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to allow for the substitution of redacted copies of the search warrant documents in the instant matter, and as grounds therefor says the following:

The affidavit for the search warrant contains non-public information relating to a court authorized wiretap. While some of the interceptees have been indicted, there remain additional interceptees who have not been charged. This information relating to the specifics of the wiretaps is neither public nor known to all the targets suspected of the criminal activities to which it relates, and its disclosure would be inappropriate at this time. The United States therefore requests the opportunity to substitute redacted copies within 14 days after the search warrant is returned to the Court.

WHEREFORE, the United States moves the Court to allow for the substitution of redacted copies of the above described documents in the file herein prior to its unsealing.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:   s/ Gloria A. Bedwell
      Gloria A. Bedwell
      Assistant United States Attorney
      United States Attorney's Office
      63 South Royal Street, Suite 600
      Mobile, Alabama 36602
      Telephone: (251) 441-5845
      Facsimile: (251) 441-5277